1  Katherine F. Parks, Esq. - State Bar No. 6227
2  Thorndal Armstrong Delk Balkenbush & Eisinger
   6590 S. McCarran Blvd., Suite B
3  Reno, Nevada 89509
   (775) 786-2882
4  kfp@thorndal.com
5  Attorneys for Defendants
   CAESARS ENTERTAINMENT, INC., AND
6  ELDORADO RESORTS, LLC D/B/A
   SILVER LEGACY RESORT CASINO
7

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| VONNIE SCHEIERN, | CASE NO. 3:21-cv-00143-HDM-CLB |
|---|---|
| Plaintiff, | ORDER GRANTING |
| vs. | **STIPULATION AND ORDER TO REMAND CASE TO SECOND JUDICIAL DISTRICT COURT** |
| CAESARS ENTERTAINMENT, INC.; ELDORADO RESORTS, LLC. d/b/a SILVER LEGACY RESORT CASINO; ROE LANDOWNER; DOE LANDOWNER, ROE PROPERTY MANAGING COMPANY; ROE MAINTENANCE COMPANY; DOE PROPERTY MANAGER; DOE MAINTENANCE EMPLOYEE; DOES I through X; and ROE CORPORATIONS, XI through XX, inclusive, jointly and severally, | |
| Defendants. | |

COMES NOW Plaintiff, VONNIE SCHEIERN, and Defendants, CAESARS ENTERTAINMENT, INC., and ELDORADO RESORTS, LLC. d/b/a SILVER LEGACY RESORT CASINO, by and through their undersigned attorneys of record, and herby stipulate and agree that this matter shall be remanded to the Second Judicial District Court, in and for the

///

///

- 1 -

County of Washoe, State of Nevada, bearing Case No. CV20-00908, each party to bear their own attorney's fees and costs.

| Dated this 6th day of April, 2021. | Dated this 6th day of April, 2021. |
|---|---|
| Bighorn Law | THORNDAL ARMSTRONG<br>DELK BALKENBUSH & EISINGER |
| By: _/ s / Siria L. Gutierrez_<br>   Kimball Jones, Esq.<br>   State Bar No. 12983<br>   Siria L. Gutierrez, Esq.<br>   State Bar No. 11981<br>   2225 E. Flamingo Road<br>   Bldg. 2, Suite 300<br>   Las Vegas, NV  89119<br>   (702) 333-1111<br>   Kimball@bighornlaw.com<br>   Siria@bighornlaw.com<br>   Attorneys for Plaintiff | By: _/ s / Katherine F. Parks_<br>   Katherine F. Parks, Esq.<br>   State Bar No. 6227<br>   6590 S. McCarran Blvd., Suite B<br>   Reno, Nevada 89509<br>   (775) 786-2882<br>   kfp@thorndal.com<br>   Attorneys for Defendants<br>   CAESARS ENTERTAINMENT, INC., AND<br>   ELDORADO RESORTS, LLC D/B/A<br>   SILVER LEGACY RESORT CASINO |

**ORDER**

It is hereby ordered.

Dated this  6th   day of April, 2021.

_____
United States District Court Judge